**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FILED
2018 JAN 24  AM 9:41
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**WARREN MORELAND**, Individually and
on behalf of others similarly situated,

    **Plaintiff,**

vs.   CASE NO.: 8:18cv200T 33 MAP

**DENEGA INC.**, d/b/a **THE SANDPIPER**
**GRILLE RESTAURANT AND BAR &**
**BUNKERS PUB,** and
**MICHAEL C. MADDEN**, Individually,

    **Defendants.**

_____/

**COMPLAINT**

**COMES NOW** Plaintiff, WARREN MORELAND, Individually and on behalf of others similarly situated, by and through his undersigned counsel, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*, and sues Defendants, DENEGA INC., d/b/a THE SANDPIPER GRILLE RESTAURANT AND BAR & BUNKERS PUB, and MICHAEL C. MADDEN, Individually, or "Defendants" and alleges as follows:

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.*

2. Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).



1

## PARTIES

3. Plaintiff, WARREN MORELAND, is a resident of Polk County, Florida at all times material and worked for Defendant in this jurisdictional district during the applicable statute of limitations.

4. Defendant, DENEGA INC., d/b/a THE SANDPIPER GRILLE RESTAURANT AND BAR & BUNKERS PUB, is a Florida Profit Corporation authorized and doing business in this Judicial District.

5. At all times material hereto Defendant, MICHAEL C. MADDEN, was an officer of the Defendant Corporation and had direct responsibility and control over the compensation paid to employees of the organization.

## FACTUAL ALLEGATIONS

6. Plaintiff, WARREN MORELAND, was employed with Defendants from approximately December 2016 to June 2017 as a Cook earning $13.00 per hour.

7. As a Cook, Plaintiff worked in excess of 40 hours per work week, for which he was not compensated by Defendant at a rate of time and one half his regular hourly rate. Specifically, Plaintiff worked approximately 40 to 50 hours per week and only received straight time for hours over 40.

## COUNT I
### (Fair Labor Standard Act - Overtime)

8. Plaintiff realleges paragraphs one (1) through seven (7) as though set forth fully herein.

9. The employment of Plaintiff provided for a forty (40) hour work week, but throughout his respective employment Plaintiff was required to work and did work a substantial number of hours in excess of forty (40) hours per work week.

10. At all times material, Defendants failed to comply with 29 U.S.C. § 201 *et seq.*, in that Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiff at the rate of time and one-half his regular rate of pay for the hours worked over forty (40) in a work week.

11. Defendants' failure to pay Plaintiff the required overtime pay was intentional and willful.

12. As a direct and legal consequence of Defendants' unlawful acts, Plaintiff has suffered damages and has incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

**WHEREFORE**, Plaintiff, WARREN MORELAND, respectfully request all legal and equitable relief allowed by law including judgment against Defendants, DENEGA INC., d/b/a THE SANDPIPER GRILLE RESTAURANT AND BAR & BUNKERS PUB, and MICHAEL C. MADDEN, Individually, for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

### COUNT II
### (Fair Labor Standards Act – Collective Action)

13. Plaintiff realleges paragraphs one (1) through seven (7) as though set forth fully herein.

14. At all times material, Defendants employed numerous individuals who were similarly situated to Plaintiff with respect to the terms and conditions of their employment.

15. Throughout their respective employment, individuals similarly situated to Plaintiff were required to work and did work a substantial number of hours in excess of forty (40) hours

per work week.

15. At all times material, Defendants failed to comply with 29 U.S.C. § 201 *et seq.*, in that individuals similarly situated to Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate such individuals at the rate of time and one-half their regular rate of pay for the hours worked over forty (40) in a work week.

16. Defendants' failure to pay such similarly situated individuals the required overtime pay was intentional and willful.

17. As a direct and legal consequence of Defendants' unlawful acts, individuals similarly situated to Plaintiff have suffered damages and have incurred, or will incur, costs and attorneys' fees in the prosecution of this matter.

**WHEREFORE**, Plaintiff, WARREN MORELAND, on behalf of himself and all others similarly situated, respectfully requests all legal and equitable relief allowed by law, including the authorization of notice to all others similarly situated to Plaintiff of their right to opt-in to this action, the certification of a collective action against Defendants, DENEGA INC., d/b/a THE SANDPIPER GRILLE RESTAURANT AND BAR & BUNKERS PUB, and MICHAEL C. MADDEN, Individually, on behalf of Plaintiff and all others similarly situated, judgment against Defendants including for overtime compensation, liquidated damages, prejudgment interest; payment of reasonable attorneys' fees and costs incurred in the prosecution of this claim and equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy and such other relief as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

18. Plaintiff requests a jury trial on all issues so triable.

Dated this 24th day of January, 2018.

                          **FLORIN, GRAY, BOUZAS, OWENS, LLC**

                          *s/ Miguel Bouzas*
                          **MIGUEL BOUZAS, ESQUIRE**
                          Florida Bar No.: 48943
                          Primary: miguel@fgbolaw.com
                          Secondary: debbie@fgbolaw.com
                          **WOLFGANG M. FLORIN, ESQUIRE**
                          Florida Bar No.: 907804
                          wolfgang@fgbolaw.com
                          16524 Pointe Village Drive, Suite 100
                          Lutz, FL 33558
                          Telephone (727) 254-5255
                          Facsimile (727) 483-7942
                          Attorneys for Plaintiff