UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WARREN MORELAND, individually
and on behalf of others similarly situated,

       Plaintiff,                                   Case No.  8:18-cv-200-T-33MAP

v.

DENEGA INC. and MICHAEL C. MADDEN,
individually,

       Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's Mediation Order(s), a mediation conference was held on **April 17, 2018**, and the results of that conference are indicated below:

    (a)    The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

      __X__    Defendants and their counsel were in attendance.

      __X__    Plaintiffs and their counsel were in attendance.

      _____    Designated corporate representatives.

      _____    Required claims professionals.

    (b)    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:    None

    (c)    The outcome of the mediation conference was:

      __X__    **The case completely settled.  In accordance with Local Rule 9.06(b), lead counsel will promptly notify the court of settlement in accordance with Local Rule 3.08 within ten (10) days of the mediation conference.**

|          | |
|---|---|
| _____ | <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this court to resolve: |
| _____ | <u>The conference was continued</u> with the consent of all parties and counsel.  The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding judge.  Mediation reports will be filed after additional conferences are complete. |
| _____ | The parties reached an IMPASSE. |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 19, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to the following:

Miguel Bouzas  
Wolfgang M. Florin  
Florin Gray Bouzas Owens, LLC  
16524 Pointe Village Drive, Suite 100  
Lutz, Florida  33558  

Erica A. Gonsalves  
Daniel R. Levine  
Padula Bennardo Levine, LLP  
3837 NW Boca Raton Boulevard, Suite 200  
Boca Raton, Florida  33431  

/s/ Mark A. Hanley  
Mark A. Hanley  
Email: mhanley@bradley.com  
Florida Bar No.: 328405  
**BRADLEY ARANT BOULT CUMMINGS LLP**  
100 N. Tampa Street, Suite 2200  
Tampa, Florida 33602  
(813) 559-5500 - telephone  
(813) 229-5946 - facsimile  
*Mediator*